IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:04cv823-CSC |
| | ) |
| JEAN HARTZOG, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment. On March 9, 2006, the court set this case for a non-jury trial on May 31, 2006, at 10:00 a.m. in Courtroom 4B in the United States Courthouse, One Church Street, Montgomery, Alabama. On May 30, 2006, the transfer agent for the Alabama Department of Corrections notified the court that the plaintiff had been paroled. The plaintiff has failed to provide the court with his correct address or to notify the court that he had been released in accordance with previous orders of the court. In addition, the plaintiff failed to appear at the time set for the trial of this case. In open court, the defendants moved to dismiss this case for want of prosecution. The court orally granted that motion. For the reasons as stated in open court, and for good cause, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED with prejudice, each party to bear its own costs. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 12th day of June, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE